# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Trish Vavrina,

    Plaintiff(s),                                JUDGMENT IN A CIVIL CASE

vs.                                                    3:10CV230

Ann B. Gonzalez & Daniel Gonzalez,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/4/2010 Order.

                                                             Signed: June 7, 2010

                                                             Frank G. Johns, Clerk
                                                             United States District Court